MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Juan Guzman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GUZMAN,<br><br><br>Defendant. | CASE NO:  CR12-00742- LHK<br><br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO APRIL 17, 2013 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

      The parties, Juan Guzman, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for March 20, 2013 be continued to April 17, 2013 at 9:00 a.m. for further status.

      Defense counsel requires additional time to conduct further case review and investigation.  The parties further stipulate that time should be excluded under the Speedy Trial Act from March 20, 2013 through April 17, 2013.

- 1 -

Stipulation and [~~Proposed~~] Order Continuing Hearing

IT IS SO STIPULATED.

Dated: March 13, 2013
MELINDA HAAG
United States Attorney

_____/S/_____
AMIE ROONEY
Assistant United States Attorney


Dated: March 13, 2013
_____/S/_____
MICHELLE D. SPENCER
Counsel for Juan Guzman

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for defendant Juan Guzman on March 20, 2013 shall be continued to April 17, 2013 at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between March 20, 2013 and April 17, 2013, would unreasonably deny defense counsel the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between March 20, 2013 and April 17, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

///

//

/

Stipulation and [Proposed] Order Continuing Hearing

IT IS FURTHER ORDERED that the time between March 20, 2013 and April 17, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 3/14/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge